[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 6, 2008
THOMAS K. KAHN
CLERK

No. 07-14492
Non-Argument Calendar

_____

D.C. Docket No. 07-00030-CR-5-RS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN DOTSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(May 6, 2008)**

Before DUBINA, HULL and PRYOR, Circuit Judges

PER CURIAM:

Randolph Murrell and Chet Kaufman, appointed counsel for John Dotson in

this direct criminal appeal, have moved to withdraw from further representation of

the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsels' assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dotson's conviction and sentence are **AFFIRMED**.